**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

VICTORIA ANGELIQUE COOPER,

  Plaintiff,  CASE NO.: 1:24-cv-06032-SEG

v.

EQUIFAX INFORMATION
SERVICES LLC and TRANS UNION
LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC

COMES NOW Plaintiff, VICTORIA ANGELIQUE COOPER, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant TRANS UNION LLC ("Trans Union"). Defendant, Trans Union, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this March 20, 2025.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 20th of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
*Attorney for Plaintiff*
